■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN L. THURSTON, Appellant. [722 NYS2d 414] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered May 11, 1999, convicting him of attempted robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The charge, viewed as a whole, was proper (*see, People v Ladd,* 89 NY2d 893, 895). The sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Krausman, Florio and Schmidt, JJ., concur.